# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DEMARCUS STEWARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00952 |
| | ) |
| **HCTEC PARTNERS LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 23) recommending that the Court grant Defendant HCTec Partners LLC's ("HCTec") motion to dismiss (Doc. No. 15) on statute of limitations grounds and dismiss this action with prejudice. (Doc. No. 23). Plaintiff Demarcus Steward ("Steward") has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See id. at 8–9).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that: (1) Steward's claims based on allegations from January and February 2023 are untimely; (2) the continuing violation doctrine does not apply to salvage Steward's claims; and (3) Steward's other arguments that his claims fall within the statute of limitations period—that he was permitted to wait to pursue his claims until he suspected unlawful discrimination, or until after he filed his discrimination charge—are unpersuasive. (See id. at 5–8).

Accordingly, the R&R (Doc. No. 23) is **APPROVED AND ADOPTED**. HCTec's Motion (Doc. No. 15) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk

shall enter a final judgment under Rule 58 of the Federal Rules of Civil Procedure and close this case.

    IT IS SO ORDERED.

    _____
    WAVERLY D. CRENSHAW, JR.
    UNITED STATES DISTRICT JUDGE